PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No.  6552481 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| JOHN A. MIKAL II, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6552481 against JOHN A. MIKAL II without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  February 16, 2017        Respectfully Submitted,
                                 Phillip A. Talbert
                                 United States Attorney

                         By:     */s/ Christopher R. Pilch*
                                 Christopher R. Pilch
                                 Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6552481 against JOHN A. MIKAL II be dismissed without prejudice, in the interest of justice.

Dated: ___February 17___, 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge